[No. 1253. Decided June 15, 1894.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN OLESON, *Appellant.*

APPEALS — FORM OF BRIEFS.

Where appellant rests the prosecution of an appeal upon a typewritten brief, contrary to the provisions of rule 8 of the supreme court, the brief will be struck from the record on motion, and the judgment affirmed.

*Appeal from Superior Court, Pierce County.*

*F. W. Cushman*, for appellant.

*W. H. Snell*, Prosecuting Attorney (*E. E. Cushman*, of counsel), for The State.

The opinion of the court was delivered by

STILES, J.——Appellant, without leave of this court, has seen fit to rest his presentation of his appeal upon a type-written brief.    This is contrary to rule 8, and counsel for the state moves to strike the brief, and the motion must be granted.    It follows that there is no assignment of error, and the judgment must be affirmed.    So ordered.

This being a criminal case, however, in order that no substantial injustice may be done, we have examined the brief and the record and find no evidence that any legal right of the appellant has been infringed.

DUNBAR, C. J., and HOYT, SCOTT and ANDERS, JJ., concur.